■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSE NAPOLI, Appellant. [624 NYS2d 1002] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that his absence from an in-chambers conference held prior to jury selection deprived him of the right to be present at a *Ventimiglia* hearing *(see, People v Spotford,* 196 AD2d 179, *lv granted* 83 NY2d 915). The record fully supports Supreme Court's determination, made after a reconstruction hearing, that the limited discussion at the in-chambers conference did not constitute a *Ventimiglia* hearing. Neither defendant nor the People made an application for a *Ventimiglia* ruling; no factual or legal arguments were made; and the court did not make an affirmative ruling *(see, People v Odiat,* 82 NY2d 872; *People v Dokes,* 79 NY2d 656; *cf., People v Sanchez,* 209 AD2d 1012; *People v Spotford, supra).*

Defendant failed to preserve for review the court's failure to charge the jury that defendant's knowledge of the weight of the controlled substance must be proven *(see,* CPL 470.05 [2]; *People v Young,* 209 AD2d 996; *People v Mammarello,* 209 AD2d 999), and we decline to reach it as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Crim-

inal Sale Controlled Substance, 1st Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.